# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### Case No. 9:18-cv-80843-RLR

MIDLEVELU LLC,

     Plaintiff,

v.

ACI INFORMATION GROUP,

     Defendant.

_____/

## DEFENDANT'S ANSWER AND COUNTERCLAIMS TO PLAINTIFF'S COMPLAINT

Defendant Newstex, LLC (herein "Newstex"), incorrectly sued herein as ACI Information Group (herein "Newstex" or "Defendant"), by and through its attorneys Fox Rothschild LLP, for its Answer and Affirmative Defenses to the Complaint filed by Plaintiff MidlevelU, LLC (herein, "MidlevelU" or "Plaintiff"), state as follows:

## INTRODUCTORY STATEMENT

Defendant, under the name Newstex, LLC, has been and continues to be a leading wholesale aggregator of news publications that provides private and retail distributors with content from media companies, press release wires, corporate websites, investigative journalism organizations, non-profits, and online newspapers/magazines for over 14 years. From 2015 to early 2018, under the trade name ACI Information Group, Defendant also aggregated scholarly blog content and developed indexes of same, and offered distribution of same to academic libraries and researchers.  MidlevelU, a blog for nurse practitioners, accuses Newstex of stealing MidlevelU's content.  However, Newstex never stole anything from MidlevelU. Rather, MidlevelU distributed its blog post articles in a format that is specifically intended, and widely known by authors of same, to welcome re-distribution. MidlevelU only sued Newstex for

known by authors of same, to welcome re-distribution. MidlevelU only sued Newstex for damages once Newstex accepted what appeared to be MidlevelU's proposition to redistribute its content.

MidlevelU's allegations conveniently leave out a fundamental fact upon which this case rests: MidlevelU had published the full text of its articles through its publicly available RSS feed at the time Newstex allegedly redistributed said content. RSS stands for "Really Simple Syndication" (or alternatively "Rich Site Summary"). Websites that elect to employ said RSS web feed protocol are able to disseminate their content to a wide audience by allowing those who subscribe to the website's RSS feed to access said content without visiting the original website. As its acronym suggests, the entire purpose of RSS is *syndication*. It is widely understood that when a website puts content up on an RSS feed, that website is welcoming others to access and redistribute the subject content included within the RSS feed. Because of this commonly understood practice, many websites publish only headlines or summaries of articles through their RSS feeds, including links that take subscribers back to the website in order to access the full article. MidlevelU did not do that for the short time that Newstex was allegedly redistributing summaries of MidlevelU's content. Unusually, MidlevelU granted subscribers of its RSS feeds the *full text* of its articles through this feed. Through MidlevelU's own RSS feed, any subscriber could receive the full text of MidlevelU's blog posts and through that feed repost the full text of such articles.

Not only did MidlevelU publish the full text of its posts through its RSS feed, but also it did so without imposing any restrictions whatsoever regarding how subscribers could use MidlevelU's posts. Upon information and belief, MidlevelU did not even make available to any

subscribers any terms of use applicable to its RSS feed at the time Newstex subscribed to its RSS feed.

MidlevelU's RSS feed made available to Newstex the blog posts on MidlevelU's website, and Newstex in turn posted an abstract on its site, including full and proper attribution and an explicit link back to MidlevelU's website for the full text. Therefore, when MidlevelU asked Newstex to remove all MidlevelU content from its site on March 7, 2017, Newstex was truly astonished. Newstex still immediately complied with MidlevelU's request and apprised MidlevelU that all content had been taken down. This was not sufficient for MidlevelU, which has now sued Newstex sixteen months later. MidlevelU, however, should not be permitted to distribute its articles in a way that encourages re-publishing, imposing no restrictions on doing so on its website, and then declare copyright infringement when someone else posts isolated snippets of those articles as encouraged by the RSS process, with links back to MidlevelU's site.

MidlevelU also cannot show that it suffered any harm by Newstex's re-publishing. MidlevelU's theory of how it is harmed depends on the allegation that "It is well recognized that the more an article is copied and distributed on the Internet, the lower priority it receives in searching for that content through search engines such as Google." Complaint ¶ 40. This allegation is factually incorrect, as will be shown in this case. However, contrary to MidlevelU's allegation of the "damaging effects of Midlevel's ability to promote its articles," Newstex received a **total** of only 54 user views *across* all of the 50 articles that MidlevelU lists in its complaint. Much of MidlevelU's content generated **zero** views, once adjusted for Defendant staff views that occurred as part of the process when Defendant promptly took down said content MidlevelU's request, which Defendant did **the very same day** it received MidlevelU's request.

If anything, Newstex benefitted MidlevelU by publicizing MidlevelU and providing access to Newstex's broad-ranging user base—who otherwise may never have heard of MidlevelU—to MidlevelU's website. Unlike MidlevelU, aimed at nurse practitioners or aspiring nurse practitioners, Newstex editorially selected authoritative scholarly content producers and delivered that content through academic content distributors. Newstex provided its subscribers, varying from library professionals, researchers, scholars and students, with a collection of scholarly blog publications that provide relevant insights, analysis, and research unavailable in traditional media and journals. By briefly including MidlevelU's RSS feed in its service, Newstex gave the MidlevelU website beneficial exposure to ACI's extensive user base that MidlevelU otherwise would not reach. There was no likelihood of confusion or lost traffic on MidlevelU's site—just free publicity for MidlevelU, which a website seeks when it chooses to publish its content through an RSS feed. Not only was Newstex simply republishing snippets or summaries of content, called abstracts, with a link to access the full article on MidlevelU's site, but also it was also helping MidlevelU in the process, with full attribution to MidlevelU and an explicit link to the original MidlevelU website.

## BACKGROUND

1.      On information and belief, Newstex admits that Plaintiff MidlevelU has a website that provides articles, information, career advice, job postings and other materials to nurse practitioners and those endeavoring to become nurse practitioners. Newstex denies the remaining allegations in this paragraph.

2.      Newstex is without knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

4

3.      Newstex admits that it charges a fee to subscribers for access to its content and indexes. Newstex denies the remaining allegations in this paragraph.

4.      Newstex admits that it did not seek express permission to use MidlevelU's content or anything else owned by MidlevelU on the Newstex website. Newstex  avers that given the nature of MidlevelU's RSS feed, Newstex had implied permission for any limited use it may have made of the content in said feed. Newstex denies the remaining allegations in this paragraph.

5.      Newstex admits that it did not seek express permission to use MidlevelU's content or anything else owned by MidlevelU on the Newstex website. Newstex avers that given the nature of MidlevelU's RSS feed, Newstex had implied permission for any limited use it may have made of the said content in the feed. Newstex denies the remaining allegations in this paragraph.

## PARTIES

6.      On information and belief, Newstex admits the allegations of this paragraph.

7.      Newstex denies its business information as alleged.  ACI Information Group is a trade name of Newstex, LLC.  Newstex, LLC is a Delaware limited liability company having a business address at 3000 N. Ocean Drive, Suite 2D, Riviera Beach, Florida 33404.  Newstex admits the remaining allegations of this paragraph.

## JURISDICTION AND VENUE

8.      Newstex admits that this Court has subject matter jurisdiction over the claims asserted in the Complaint.

9.      Newstex does not challenge personal jurisdiction in this matter.

10.     Newstex admits, for purposes of this action only, that venue in this District is proper. Newstex denies the remaining allegations in this paragraph.

## FACTUAL ALLEGATIONS

11.     On information and belief, Newstex admits that MidlevelU has a website that provides articles, information, career advice, job postings and other materials to nurse practitioners and those seeking to become nurse practitioners. On information and belief, Newstex admits that MidlevelU has a login area where members can create a profile, send messages to other members, post on a general message board viewable by all members, and view content created and provided by MidlevelU. Newstex denies the remaining allegations in this paragraph.

12.     On information and belief, Newstex admits that MidlevelU website and the content thereon is available to individuals in the United States at midlevelu.com. Newstex is without knowledge or information sufficient to admit or deny the remaining allegations in this paragraph, and on that basis denies them.

13.     On information and belief, Newstex admits that Erin Tolbert is purported to be the founder and director of MidlevelU. Newstex is without knowledge or information sufficient to admit or deny the remaining allegations in this paragraph, and on that basis denies them.

14.     Newstex is without knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis, denies them.

15.     Newstex is without knowledge or information sufficient to admit or deny that Ms. Tolbert and her staff have written many hundreds of articles, posted as blog entries on MidlevelU website. Newstex is without knowledge or information sufficient to admit or deny that these blog entries are original creations of MidlevelU. The remaining allegations in this paragraph contain

6

legal conclusions to which no response is required. To the extent a response is deemed necessary, those allegations are denied.

16.     Newstex is without knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

17.     Newstex admits that it posted content on its website and distributed content to various organizations. Newstex admits that it is a for-profit business. Newstex further states that it did not profit from MidlevelU's articles.

18.     Newstex admits the allegations in this paragraph.

19.     Newstex admits the allegations in this paragraph.

20.     Newstex admits that its website stated: "Once a blog is approved its authors will be profiled and article feed integrated with summaries. Full text integrations occasionally require additional information from the author, but generally it is a quick and easy process. For blogs submitted on this page, if your blog is approved we will let you know when it is fully integrated." Newstex admits that its website stated: "As an author, you'll have free premium access to the full range of metadata and workflow tools available within ACI for content curation, social media or academic platform sharing, or your own research needs."  Newstex denies the remaining allegations in this paragraph.

21.     Newstex admits that its website stated: "Publishers choose to include their content in the ACI Index to reach new audiences and bolster real-time scholarly communications and post-publication discourse." Newstex denies the remaining allegations in this paragraph.

22.     Newstex denies the allegations in this paragraph.

23.     Newstex is without knowledge or information sufficient to admit or deny that MidlevelU had never heard of ACI until Ms. Tolbert discovered that ACI had included

MidlevelU's content, available by MidlevelU's RSS feed, on ACI's website. Newstex denies the remaining allegations in this paragraph.

24.     Newstex admits that it did not seek express permission to use MidlevelU's content or anything else owned by MidlevelU on the ACI website. Newstex avers that given the nature of MidlevelU's RSS feed, Newstex had implied permission for any use it may have made of the content in the feed. Newstex denies the remaining allegations in this paragraph.

25.     Newstex denies the allegations in this paragraph.

26.     Newstex admits that it would use titles of certain MidlevelU articles available from MidlevelU's RSS feed on the ACI website. Newstex admits that the formatting of the titles appearing on the ACI website sometimes differed from the formatting appearing on the MidlevelU website. Newstex admits that it did not seek express permission to use MidlevelU's content or anything else owned by MidlevelU on the ACI website. Newstex avers that given the nature of MidlevelU's RSS feed, Newstex had implied permission for any limited use it may have made of the content in the feed. Newstex denies the remaining allegations in this paragraph.

27.     Newstex admits it featured content available on MidlevelU's RSS feed on the ACI website. The allegations in this paragraph contain legal conclusions to which no response is required. To the extent a response is deemed necessary, those allegations are denied. Newstex denies the remaining allegations in this paragraph.

28.     Newstex admits it featured content available on MidlevelU's RSS feed on the ACI website. Newstex denies the remaining allegations in this paragraph.

29.     Newstex admits it featured content available on MidlevelU's RSS feed on the ACI website. Newstex admits that the formatting of the titles appearing on the ACI website sometimes differed from the formatting appearing on the MidlevelU website. The allegations in

this paragraph contain legal conclusions to which no response is required. To the extent a response is deemed necessary, those allegations are denied. Newstex denies the remaining allegations in this paragraph.

30.     Newstex admits it featured content available on MidlevelU's RSS feed on the ACI website. Newstex is without knowledge or information sufficient to admit or deny the remaining allegations in this paragraph. To the extent a response is deemed necessary, those allegations are denied.

31.     Newstex admits that if the reader wanted to view the full text of the article, the reader would be prompted to sign up for a monthly or yearly subscription. Newstex further avers that the prompt would then direct the user to MidlevelU's site, as the full article did not appear on the ACI website. Newstex denies the remaining allegations in this paragraph.

32.     The allegations in this paragraph contain legal conclusions to which no response is required. To the extent a response is deemed necessary, those allegations are denied. The remaining allegations are denied.

33.     Newstex is without knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis, denies them.

34.     The allegations in this paragraph contain legal conclusions to which no response is required. To the extent a response is deemed necessary, those allegations are denied.

35.     Newstex admits that MidlevelU is the listed owner of the copyright registrations identified in this paragraph by title and registration number only.  Newstex is without knowledge or information sufficient to admit or deny the content of the subject works.

36.     Newstex admits it featured content available on MidlevelU's RSS feed on the ACI website. Newstex is without knowledge or information sufficient to admit or deny the remaining allegations in this paragraph, and on that basis, denies them.

37.     Newstex admits that its service provided one of the world's leading aggregators of editorially selected and curated social media publications, containing 10,000 scholarly blogs generating more than one million scholarly blog posts in its indices. Newstex denies the remaining allegations.

38.     Newstex admits that Web researchers could search the ACI Scholarly Blog Index to find authoritative content from blogs in a variety of academic and research disciplines. ACI denies the remaining allegations.

39.     Newstex admits that it is a for-profit business, but states that it did not profit from any of MidlevelU's articles. Newstex admits that it did not seek express permission to use MidlevelU's content or anything else owned by MidlevelU on the ACI website. Newstex avers that given the nature of MidlevelU's RSS feed, Newstex had implied permission for any limited use it may have made of the content in the feed. Newstex denies the remaining allegations in this paragraph.

40.     The allegations in this paragraph contain legal conclusions to which no response is required. To the extent a response is deemed necessary, those allegations are denied. Newstex is without knowledge or information sufficient to admit or deny the remaining allegations in this paragraph, and on that basis, denies them.

### COUNT I – COPYRIGHT INFRINGEMENT – 17 U.S.C. §§ 101 *et seq.*

41.     Newstex incorporates its prior responses to each and every allegation contained in the paragraphs above.

42.     The allegations in Paragraph 42 of the Complaint are conclusions of law to which no response is required.  To the extent a response is required, they are denied.

43.     Newstex is without knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis, denies them.

44.     The allegations in Paragraph 44 of the Complaint are conclusions of law to which no response is required.  To the extent a response is required, they are denied.

45.     Newstex admits that it did not seek express permission to use MidlevelU's content or anything else owned by MidlevelU on the ACI website. Newstex avers that given the nature of MidlevelU's RSS feed, Newstex had implied permission for any limited use it may have made of the content in the feed. Newstex denies the remaining allegations in this paragraph. The remaining allegations in Paragraph 45 of the Complaint are conclusions of law to which no response is required.  To the extent a response is required, they are denied.

46.     The allegations in Paragraph 46 of the Complaint are conclusions of law to which no response is required.  To the extent a response is required, they are denied.

47.     The allegations in Paragraph 47 of the Complaint are conclusions of law to which no response is required.

48.     Newstex denies the allegations in this paragraph.

49.     The allegations in Paragraph 49 of the Complaint are conclusions of law to which no response is required.  To the extent a response is required, they are denied.

## DEFENSES

Newstex affirmatively denies any and all other allegations, inferences, or implications arising from any statement in the Complaint to the extent such has not been affirmatively admitted by Newstex in this Answer.

Newstex further propounds the following separate and additional defenses, and by doing so, Newstex in no way concedes that it has the burden of proof and/or burden of persuasion with respect to any of them.

### First Affirmative Defense

Plaintiff's claims are barred, in whole or in part, by the doctrine of implied license.

### Second Affirmative Defense

Plaintiff's claims are barred, in whole or in part, by the doctrine of fair use.

### Third Affirmative Defense

Plaintiff's claims are barred, in whole or in part, by laches, estoppel, knowledge, waiver, consent and acquiescence.

### Fourth Affirmative Defense

Plaintiff's claims are barred, in whole or in part, by the doctrine of unclean hands.

### Fifth Affirmative Defense

Plaintiff's claims are barred, in whole or in part, to the extent they seek to enforce copyright in materials or elements that are not original to MidlevelU.

### Sixth Affirmative Defense

Plaintiff's claims are barred, in whole or in part, to the extent they contain invalid copyright registrations or contain copyright misuse.

### Seventh Affirmative Defense

Plaintiff's claims are barred, in whole or in part, because there is no likelihood of confusion.

### Eighth Affirmative Defense

Plaintiff's claims are barred, in whole or in part, based on Plaintiff's failure to mitigate damages.

### Ninth Affirmative Defense

Without in any way admitting the allegations in the Complaint, any infringement arising from the acts complained of in the Complaint was innocent and not intentional.

### Tenth Affirmative Defense

Plaintiff's claims are barred, in whole or in part, by applicable statute of limitations.

### Eleventh Affirmative Defense

Plaintiff's prayer for statutory damages and attorney's fees under the Copyright Act is barred to the extent the copyrights in issue do not meet the registration requirements of the Copyright Act.

### RESERVATION OF DEFENSES

Newstex hereby gives notice that, due to the lack of information as to the matters set forth in the Complaint, Newstex has insufficient knowledge and information on which to form a belief as to whether it has additional defenses not expressly enumerated in the preceding paragraphs.

Newstex thus states that it reserves its right to amend its Answer to assert additional defenses and to rely upon those additional defenses to the extent they become available or apparent during discovery.

## DEFENDANT'S COUNTERCLAIM AGAINST MIDLEVELU LLC

Newstex, LLC, i/s/h/a ACI Information Group (hereinafter "Newstex"), by way of its attorneys Fox Rothschild LLP, hereby asserts its Counterclaims against MidlevelU, LLC.

### THE PARTIES

1.      Newstex, LLC is a Delaware limited liability company having a business address at 3000 N. Ocean Drive, Suite 2D, Riviera Beach, Florida 33404.  ACI Information Group is a trade name of Newstex, LLC.

2.      Counterclaim Defendant MidlevelU, LLC (herein "MidlevelU") purports to be a member-managed Tennessee Limited Liability Company, headquartered at Midtown Office Suites, Suite 306/307, 1800 Church Street, Nashville, TN 32703.

### JURISDICTION AND VENUE

3.      This Counterclaim arises under the Copyright Act of the United States, 17 U.S.C. §§ 101, *et seq.*, and the Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202.

4.      The Court has subject matter jurisdiction over these Counterclaims under 28 U.S.C. §§ 1131, 1338(a)-(b) and under the Declaratory Judgment Act, 28 U.S.C. §§2201 and 2202.

5.      This Court has personal jurisdiction over the Counterclaim Defendant, at least because they have availed themselves of the rights and privileges of this forum by filing the Complaint in this judicial district.

6.      Venue is proper in this judicial district pursuant to 28 U.S.C. §§1391(b) and (c) and 1400(b).

## BACKGROUND

7.    MidlevelU owns a website that provides articles, information career advice, job postings and other helpful materials to nurse practitioners and those seeking to become nurse practitioners.

8.    During the time that MidlevelU accuses Newstex for redistributing MidlevelU's content, ("alleged time period"), MidlevelU published the full text of its articles through its RSS feeds. RSS is a web feed protocol that helps those websites that choose to use it disseminate their content to a wide audience.

9.    During the alleged time period, MidlevelU's RSS feed did not contain any restrictions, technological or contractual regarding the reposting of its articles through its RSS feeds.

10.    Newstex is one of the world's leading aggregators of editorially selected and curated social media publication. With over 10,000 scholarly blogs generating more than one million scholarly blog posts in its indices, academic libraries, professionals, researchers, scholars, and students used the highly authoritative insights and analyses provided through Newstex's editorially selected collection of social media publications to find information that is unavailable in traditional media and journals.

11.    Newstex received scholarly articles, publications and blog posts through RSS feeds of various websites.

12.    Newstex then provided summaries or snippets of these articles for its subscribers or users, requiring a subscription to the ACI service to access the full article.

13.    Newstex credited the original source in its post of the article or blog.

14.     Among its many publication sources, Newstex received articles from MidlevelU's RSS feed.

15.     On March 7, 2017, counsel for MidlevelU contacted Newstex and demanded that Newstex take down MidlevelU's content from its ACI website by March 21, 2017.

16.     Newstex took down MidlevelU content on its website the very same day, on March 7, 2017. On March 20, 2017, after confirming that MidlevelU's content was no longer associated with its ACI website, Newstex emailed counsel for MidlevelU and informed him that all content referenced in MidlevelU's demand letter had been removed.

**COUNT I**
**(Declaratory Judgment of No Statutory Damages or Attorneys' Fees**
**for 18 of MidlevelU's Registrations)**

17.     Newstex hereby incorporates by reference each and every allegation set forth in its Answer and Affirmative Defenses and the foregoing paragraphs of this Counterclaim.

18.     In its Complaint, MidlevelU asserts that Newstex committed a statutory act of infringement, alleging that "MidlevelU had valid copyright registrations on several dozen of the articles published by MidlevelU during the time period that ACI was posting MidlevelU content on its website." Complaint ¶ 35.

19.     Newstex received articles through MidlevelU the same day they were published through Newstex subscription to MidlevelU's RSS feed, making them available that day to ACI's subscribers. Thus, Newstex published its allegedly infringing articles the same day MidlevelU published them on its RSS feed.

20.     Of the 50 articles MidlevelU alleges as being registered in ¶ 35 a-xx of MidlevelU's Complaint, 18 of the articles were published more than three months prior to

MidlevelU's effective registration date with the U.S. Copyright Office.  The following articles thus do not qualify for statutory damages:

| Title | Copyr. Reg. No. | ACI Receipt/ Publ'n Date | Claimed Publ'n Date | Copyr. Reg. Date |
|---|---|---|---|---|
| Must-Have Posters for Your Primary Care Clinic | TX0008377358 | Wed Aug 26 2015 | 2016-11-30 | 2017-02-28 |
| Medical Assistance in Flight: What's Your Liability Risk? | TX0008376143 | Wed Jun 17 2015 | 2016-12-27 | 2017-03-03 |
| 10 Highest Paying Cities for Physician Assistants | TX0008376150 | Mon Aug 03 2015 | 2016-12-05 | 2017-03-03 |
| The NP's Recipe for Job Search Networking Success | TX0008376079 | Wed Aug 12 2015 | 2017-01-18 | 2017-03-03 |
| Auscultate It! Super Quick Lung Sounds Tutorial | TX0008356508 | Sat Oct 29 2016 | 2016-10-28 | 2017-06-14 |
| How Much Will an Ivy League Nurse Practitioner Education Cost You? | TX0008376145 | Tue Jul 07 2015 | 2017-01-20 | 2017-03-03 |
| How Well Do You Know Your Injectable Anesthetics? | TX0008376417 | Mon Aug 17 2015 | 2016-12-27 | 2017-03-03 |
| 4 Things I Wish I Learned in My NP Clinical Rotations | TX0008376116 | Tue Jun 02 2015 | 2016-12-02 | 2017-03-03 |
| How Do You Overcome Lack of Experience in a NP Job Interview? | TX0008376109 | Mon Apr 06 2015 | 2016-12-15 | 2017-03-03 |
| When Is It OK for a Nurse Practitioner to Fire a Patient? | TX0008372697 | Fri Mar 18 2016 | 2016-11-21 | 2017-02-21 |
| MD vs. NP vs. PA: Here's How the Number of Clinical Hours Compare | TX0008376133 | Wed May 11 2016 | 2017-01-10 | 2017-03-03 |
| Are You Eligible for NHSC Loan Repayment Opportunities | TX0008372234 | Tue Apr 07 2015 | 2016-11-10 | 2017-02-09 |
| 7 Questions to Ask Yourself Before Accepting a Job Offer | TX0008371009 | Mon Nov 09 2015 | 2016-11-18 | 2017-02-08 |
| How Accurate are Rapid Flu Tests? | TX0008378762 | Tue Dec 06 2016 | 2016-12-06 | 2017-07-25 |
| The Ultimate NP Resume Objective Statement | TX0008376076 | Tue Aug 18 2015 | 2017-01-18 | 2017-03-03 |
| Oh, $@#*%! 5 Steps to Take After Making a Medical Error | TX0008370880 | Mon Nov 02 2015 | 2016-11-08 | 2017-02-08 |
| 3 Ways Student Loan Repayment is Offered to Nurse Practitioners | TX0008372639 | Mon Dec 07 2015 | 2016-11-09 | 2017-02-08 |

| | | | | |
|---|---|---|---|---|
| What's the Average Hourly Wage for Nurse Practitioners? | TX0008371003 | Mon Dec 07 2015 | 2016-12-22 | 2017-02-08 |

21.     MidlevelU published these 18 articles more than 3 months prior to obtaining a copyright registration.

22.     Pursuant to 17 U.S.C. § 412(2), no award of statutory damages or of attorneys' fees is available for the foregoing works, if there were any infringement, because Newstex's publication commenced after first publication of the work and before the effective date of its registration, and such registration was not made within three months after the first publication of the work.

23.     Such a declaration is necessary and appropriate at this time to determine the rights and obligations of the parties.

<u>**COUNT II**</u>
**(Declaratory Judgment of Invalidity of 16 of MidlevelU's Registrations)**

24.     Newstex hereby incorporates by reference each and every allegation set forth in its Answer and Affirmative Defenses and the foregoing paragraphs of this Counterclaim.

25.     Upon information and belief, MidlevelU knowingly provided false information to the U.S. Copyright Office regarding the first publication date of the following 16 articles:

| Title | Copyr. Reg. No. | ACI Receipt/ Publ'n Date | Claimed Publ'n Date | Copyr. Reg. Date |
|---|---|---|---|---|
| Must-Have Posters for Your Primary Care Clinic | TX0008377358 | Wed Aug 26 2015 | 2016-11-30 | 2017-02-28 |
| Medical Assistance in Flight: What's Your Liability Risk? | TX0008376143 | Wed Jun 17 2015 | 2016-12-27 | 2017-03-03 |
| 10 Highest Paying Cities for Physician Assistants | TX0008376150 | Mon Aug 03 2015 | 2016-12-05 | 2017-03-03 |
| The NP's Recipe for Job Search Networking Success | TX0008376079 | Wed Aug 12 2015 | 2017-01-18 | 2017-03-03 |
| How Much Will an Ivy League Nurse Practitioner Education Cost You? | TX0008376145 | Tue Jul 07 2015 | 2017-01-20 | 2017-03-03 |

| | | | | |
|---|---|---|---|---|
| How Well Do You Know Your Injectable Anesthetics? | TX0008376417 | Mon Aug 17 2015 | 2016-12-27 | 2017-03-03 |
| 4 Things I Wish I Learned in My NP Clinical Rotations | TX0008376116 | Tue Jun 02 2015 | 2016-12-02 | 2017-03-03 |
| How Do You Overcome Lack of Experience in a NP Job Interview? | TX0008376109 | Mon Apr 06 2015 | 2016-12-15 | 2017-03-03 |
| When Is It OK for a Nurse Practitioner to Fire a Patient? | TX0008372697 | Fri Mar 18 2016 | 2016-11-21 | 2017-02-21 |
| MD vs. NP vs. PA: Here's How the Number of Clinical Hours Compare | TX0008376133 | Wed May 11 2016 | 2017-01-10 | 2017-03-03 |
| Are You Eligible for NHSC Loan Repayment Opportunities | TX0008372234 | Tue Apr 07 2015 | 2016-11-10 | 2017-02-09 |
| 7 Questions to Ask Yourself Before Accepting a Job Offer | TX0008371009 | Mon Nov 09 2015 | 2016-11-18 | 2017-02-08 |
| The Ultimate NP Resume Objective Statement | TX0008376076 | Tue Aug 18 2015 | 2017-01-18 | 2017-03-03 |
| Oh, $@#*%! 5 Steps to Take After Making a Medical Error | TX0008370880 | Mon Nov 02 2015 | 2016-11-08 | 2017-02-08 |
| 3 Ways Student Loan Repayment is Offered to Nurse Practitioners | TX0008372639 | Mon Dec 07 2015 | 2016-11-09 | 2017-02-08 |
| What's the Average Hourly Wage for Nurse Practitioners? | TX0008371003 | Mon Dec 07 2015 | 2016-12-22 | 2017-02-08 |

26.     Upon information and belief, Newstex received these articles from MidlevelU

through its RSS feed the same day that MidlevelU published the article on its website.

27.     Upon information and belief, MidlevelU's earlier publications of these articles

have been archived on the Internet, even though they have since been removed from

MidlevelU's website.

28.     Upon information and belief, MidlevelU intentionally removed the original

publications of these articles from its website and republished them at later dates in an attempt to

hide the fact of the prior publication and commit fraud on the Copyright Office.

29.     MidlevelU's alleged first publication dates in its copyright registration application are well after MidlevelU actually published these articles for the first time.

30.     Upon information and belief, MidlevelU intentionally and falsely reported to the U.S. Copyright Office incorrect dates of first publication in order to attempt to claim statutory damages pursuant to 17 U.S.C. § 412.

31.     Upon information and belief, MidlevelU included the inaccurate information on its applications for copyright registration with knowledge that the information was inaccurate.

32.     Upon information and belief, the inaccuracy of the information, if known, would have caused the Register of Copyrights to refuse registration.  Pursuant to 17 U.S.C. § 411(b)(2), "the court shall request the Register of Copyrights to advise the court whether the inaccurate information, if known, would have caused the Register of Copyrights to refuse registration."

33.     Accordingly, the foregoing registrations are invalid pursuant to 17 U.S.C. § 411.

34.     Such a declaration is necessary and appropriate at this time to determine the rights and obligations of the parties.

### Prayer for Relief

WHEREFORE, Newstex respectfully requests that:

(a)     Judgment be entered in its favor and against MidlevelU as to all claims alleged in the Complaint;

(b)     Declaring that 18 of MidlevelU's registrations are not eligible for statutory damages or attorneys' fees;

(c)     Declaring that 16 of MidlevelU's registrations are invalid;

(d)     MidlevelU takes nothing; and

(e)     The Court award such further relief, including attorney's fees and costs, against

MidlevelU and to the benefit of Newstex as the Court deems just and proper.

Dated: July 26, 2018                              Respectfully submitted,

                                                  **FOX ROTHSCHILD LLP**

                                                  777 South Flagler Drive
                                                  Suite 1700 West Tower
                                                  West Palm Beach, FL 33401
                                                  Telephone:  (561) 835-9600
                                                  Facsimile: (561) 835-9602

                                                  By: ___*s/ Seth B. Burack*_____
                                                       Seth B. Burack
                                                       Florida Bar No. 68360
                                                       sburack@foxrothschild.com
                                                       wpbeservice@foxrothschild.com

                                                  *Attorneys for ACI Information Group*

                        <u>**CERTIFICATE OF SERVICE**</u>

        I hereby certify that on July 26, 2018, I electronically filed the foregoing document with

the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served

this day on all counsel of record or pro se parties identified on the attached Service List in the

manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or

in some other authorized manner for those counsel or parties who are not authorized to receive

electronically Notices of Electronic Filing.

                                       By: *Is/ Seth B. Burack*_____
                                       Attorney

## SERVICE LIST

*United States District Court*
*Southern District of Florida*
*Case No. 9:18-cv-80843-RLR*

| | |
|---|---|
| Seth B. Burack<br>Florida Bar No.: 68360<br>Fox Rothschild LLP<br>777 South Flagler Drive<br>Suite 1700 West Tower<br>West Palm Beach, FL 33401<br>sburack@foxrothschild.com<br>wpbeservice@foxrothschild.com<br>Telephone: (561) 835-9600<br>Facsimile: (561) 835-9602<br><br>*Attorneys for ACI Information Group* | Allison Sinclair Lovelady<br>Florida Bar No.: 70662<br>Shullman Fugate PLLC<br>2101 Vista Parkway, Suite 4006<br>West Palm Beach, FL 33411<br>alovelady@shullmanfugate.com<br>Telephone (754) 301-8852<br>Facsimile: (954) 400-5415<br><br>*Attorneys for MidlevelU LLC* |