UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  18-80843-BER

MIDLEVELU, LLC

    Plaintiff,
v.

ACI INFORMATION GROUP
a/k/a NEWSTEX, LLC

    Defendant.
_____/

# **ORDER ON RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW OR A NEW TRIAL AND MOTION FOR REMITTITURS OR A NEW TRIAL [DE 148]**

Defendant ACI Information Group a/k/a Newstex, LLC moves, in the alternative, for judgment as a matter of law notwithstanding the jury verdict, a new trial, or a remittitur of the jury's damages award. DE 148.  I have reviewed the Motion, Plaintiff's Response (DE 149), and the Reply (DE 153).  I am fully advised and this matter is ripe for decision.

It is ORDERED and ADJUDGED that Defendant's Motion is DENIED.

DONE AND ORDERED in chambers at West Palm Beach, Florida, this 30th day of January, 2020.

_____
BRUCE E. REINHART
UNITED STATES MAGISTRATE JUDGE